# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Thaddeus J. Dingle | | |
| *Plaintiff* | | |
| v. | Civil Action No. | 3:18-02893-JMC |
| Strategic Management Partners, Janice Wiggins, Abigail, Juanita Rose, Johnny Benson, Christi Bradley | | |
| *Defendant* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff shall take nothing of the defendants and this action is dismissed pursuant to FRCP 41(b).

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having adopted the Report and Recommendation of Magistrate Judge Thomas E. Rogers, III to dismiss.


Date:   January 2, 2020                                                                 *CLERK OF COURT*

                                                                                                        s/Angie Snipes
                                                                                        _____
                                                                                        *Signature of Clerk or Deputy Clerk*